**E-Filed 5/16/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADIBA MAHROOM, et al., | Case Number C 07-2351 JF (HRL) |
| Plaintiffs, | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SHORTEN TIME |
| v. | |
| BEST WESTERN INTERNATIONAL, INC., | |
| Defendant. | [re:  doc. no. 12] |

    Plaintiffs Adiba and Majid Mahroom ("the Mahrooms") have operated a Best Western motel in Seaside, California since 1975.  Defendant Best Western International, Inc. ("BWI") recently gave the Mahrooms notice of termination and instructed them to debrand the motel.  The Mahrooms filed the instant action in the Monterey Superior Court on April 4, 2007, alleging breach of contract and related claims.  BWI removed the action to this Court on April 30, 2007, and ten days later filed a motion to dismiss or transfer venue and an alternative application for a temporary restraining order ("TRO").

    BWI filed a lawsuit against the Mahrooms in the United States District Court for the District of Arizona on April 19, 2007, alleging breach of contract and related claims.  BWI alleges that the Mahrooms unlawfully are continuing to use BWI's trade name, trademarks,

1  service marks, logos and other identification symbols, and that such use is harming BWI because
2  the Mahrooms' Seaside motel has received poor customer service reports that have been widely
3  published on the Internet.  The Arizona District Court denied BWI's motion for a TRO,
4  concluding that under the first to file rule, this Court properly should determine where the
5  parties' disputes should be litigated.

6  BWI requests that this Court shorten time for hearing on its motion to dismiss or transfer
7  and alternative motion for TRO, asserting that it is being irreparably harmed by the Mahrooms'
8  continued use of its marks.  The motions are quite significant, as they will determine whether the
9  parties' disputes will be litigated here or in Arizona, and whether the Mahrooms will be
10 restrained from continuing to use BWI's in the interim.  Given the significance of the motions,
11 and the fact that the Mahrooms have used BWI's marks for thirty years, the Court concludes that
12 BWI has not demonstrated good cause for the proposed truncated schedule.  However, the Court
13 will set BWI's substantive motions for hearing on June 15, 2007 at 9:00 a.m.  June 15 is earlier
14 than the Court otherwise would hear the motions if BWI called chambers to reserve a date in the
15 normal course of business.

**ORDER**

17 The motion to shorten time is GRANTED IN PART AND DENIED IN PART.  BWI's
18 motion to dismiss or transfer and alternative motion for TRO are set for hearing on June 15,
19 2007, at 9:00 a.m.  Any opposition to the motions shall be filed and served on or before June 1,
20 2007.  Any reply to the motions shall be filed and served on or before June 8, 2007.

24 DATED: 5/16/07

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-2351 JF (HRL)
ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SHORTEN TIME
(JFLC2)

1  Copies of Order served on:
2
3  Antony E. Buchignani    antony.buchignani@dlapiper.com, laverne.patane@dlapiper.com
4  John C. Gorman    jgorman@gormanmiller.com
5  Charles Joseph Stiegler    cstiegler@gormanmiller.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28