**E-Filed 6/15/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADIBA MAHROOM, et al., | Case Number C 07-2351 JF (HRL) |
| Plaintiffs, | ORDER SETTING SCHEDULE FOR SUPPLEMENTAL BRIEFING |
| v. | |
| BEST WESTERN INTERNATIONAL, INC., | |
| Defendant. | |

The parties shall submit simultaneous supplemental briefs, not to exceed ten (10) pages, on or before June 22, 2007, addressing whether Defendant is exempt from the requirements of Cal. Bus. & Prof. Code § 20001. The supplemental briefs shall address the following issues identified by the Court at oral argument: (1) whether Defendant is exempt from producing an offering circular; and (2) if Defendant is not exempt from producing an offering circular, whether Defendant's Disclosure Statement fulfills the exception's requirements for an offering circular and was provided to Plaintiffs. For the purposes of this briefing only, the Court assumes that

1  Best Western International, Inc. is a franchise under Cal. Bus. & Prof. Code § 20001.  The
2  matter thereafter will be submitted without further oral argument unless the parties are notified
3  otherwise by the Court.
4       The Court hereby sets a status conference on July 6, 2007 at 10:30 a.m.
5       IT IS SO ORDERED.

11  DATED: 6/15/007

15       JEREMY FOGEL
         United States District Judge

1
2  Copies of Order served on:
3
4
5
6  Antony E. Buchignani     antony.buchignani@dlapiper.com, laverne.patane@dlapiper.com
7
8  John C. Gorman     jgorman@gormanmiller.com
9
10 Charles Joseph Stiegler     cstiegler@gormanmiller.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 07-2351 JF (HRL)
ORDER SETTING SCHEDULE FOR SUPPLEMENTAL BRIEFING
(JFEX2)