**E-filed 7/31/07**

1 | ANTONY E. BUCHIGNANI, SBN 186528
antony.buchignani@dlapiper.com
2 | RACHEL E.K. LOWE, SBN 246361
rachel.lowe@dlapiper.com
3 | DLA PIPER US LLP
1999 Avenue of the Stars, Fourth Floor
4 | Los Angeles, California 90067-6022
Telephone: 310.595.3000
5 | Facsimile: 310.595.3300

Cynthia A. Ricketts (*Pro Hac Vice*)
cindy.ricketts@dlapiper.com
DLA PIPER US LLP
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 480.606.5100
Facsimile: 480.606.5101

6 | Jeffrey M. Hamerling, Esq, SBN 91532
jeffrey.hamerling@dlapiper.com
7 | DLA Piper US LLP
153 Townsend Street, Suite 800
8 | San Francisco, California 94107-1957
Telephone: 415.836.2500
9 | Facsimile: 415.836.2501

10 | Attorneys for Defendant
BEST WESTERN INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| ADIBA MAHROOM, an individual; MAJID MAHROOM, an individual;, <br><br> Plaintiffs, <br><br> v. <br><br> BEST WESTERN INTERNATIONAL, INC., an Arizona non-profit corporation; and DOES 1 through 100, inclusive,, <br><br> Defendants. | CASE NO. C 07-02351 JF <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Date:    August 10, 2007 <br> Time:    10:30 a.m. <br> Courtroom:    3, 5th Floor |

1  COME NOW Plaintiffs Adiba and Majid Mahroom and Defendant Best Western International, Inc., by and through their respective counsel, request this Court continue the Case Management Conference currently scheduled for August 10, 2007 at 10:30 a.m. to the same day as the Preliminary Injunction hearing. Presently, the Preliminary Injunction hearing is set for August 31, 2007 at 9:30 a.m.

Dated: July 31, 2007          DLA PIPER US LLP


By_____/s/_____
ANTONY E. BUCHIGNANI
RACHEL E.K. LOWE
Attorneys for Defendant
BEST WESTERN INTERNATIONAL, INC.


Dated: July 31, 2007          GORMAN & MILLER, P.C.


By /s  Rachel Lowe (on behalf of John Gorman)
JOHN C. GORMAN
CHARLES J. STIEGLER
Attorneys for Plaintiffs
ADIBA and MAJID MAHROOM


### ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Case Management Conference be set for the same day as the Preliminary Injunction hearing.

DATED: 7/31/07          _____
United States District Court Judge Fogel