*E-filed 7/31/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| Adiba Mahroom, an individual; Majid Mahroom, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 100, inclusive;<br><br>Defendants. | Case No. C 07-02351-JF<br><br>**ORDER DENYING BEST WESTERN INTERNATIONAL, INC.'S MOTION TO SHORTEN TIME IN WHICH TO HEAR ITS MOTION FOR PROTECTIVE ORDER FOR DEPOSITION SCHEDULED FOR AUGUST 2, 2007**<br><br>Date:       September 4, 2007<br>Time:      10:00 a.m.<br>Courtroom:  2, 5th Floor<br><br>*(The Honorable Howard Lloyd)* |

Order - C 07-02351 JF

LOSA1\184183.1

1
2
3   On July 26, 2007, Best Western International, Inc. ("BWI") moved to shorten
4   time to hear BWI's concurrently filed Motion for a Protective Order on the 30(b)(6)
5   Deposition scheduled for August 2, 2007.  The parties are currently engaged in
6
7   expedited discovery for an August 31, 2007 preliminary injunction hearing before
8   Judge Fogel.
9
10      Upon notice of these motions, the court gave both parties an opportunity to file
11  (and each party did file) abbreviated briefs on the Motion to Shorten Time.  In
12  consideration thereof, the court finds that BWI was not diligent in pursuing this motion
13  and that good cause has not been shown to permit hearing the Motion for a Protective
14  Order on a shortened schedule.
15
16      Accordingly, the Motion to Shorten Time is DENIED.
17
18
19
20
21  Dated: 7/31/07          _____
22                          Howard R. Lloyd
                            United States Magistrate Judge
23
24
25
26
27
28

-2-

Order - C 07-02351 JF