```
RECEIVED                          FILED
2007 JUL 31 PM 1:04              AUG 0 1 2007
RICHARD W. WIEKING               RICHARD W. WIEKING
     CLERK                       CLERK, U.S. DISTRICT COURT
U.S. DISTRICT COURT              NORTHERN DISTRICT OF CALIFORNIA
NO. DIST. OF CA. S.J.                      SAN JOSE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adiba Mahroom, an individual; Majid Mahroom, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 100, inclusive;<br><br>Defendants. | Case No. C07-2351-JF<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Allison L. Harvey, an active member in good standing of the bar of the State of Arizona, whose business address and telephone number is DLA Piper US LLP, 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Best Western International, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must

DLA PIPER US LLP
LOS ANGELES

indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Date: 7-31-07

United States District Court Judge Fogel

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is: DLA PIPER US LLP, 1999 Avenue of the Stars, Fourth Floor, Los Angeles, California 90067-6022.

On July 30, 2007, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the interested party in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope ☒ as follows:

| | |
|---|---|
| John C. Gorman, Esq. | Attorneys for Plaintiffs |
| Charles J. Stiegler, Esq. | Adiba Mahroom and Majid Mahroom |
| GORMAN & MILLER, P.C. | |
| 210 North Fourth Street, Suite 200 | |
| San Jose, California 95112 | |
| T: 408-297-2222 | |
| F: 408-297-2224 | |

☒ **BY MAIL** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. postal service. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2007, at Los Angeles, California.

La Verne Patane
[Print Name Of Person Executing Proof]

[Signature]