*E-filed 9/5/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADIBA MAHROOM and MAJID MAHROOM,

    Plaintiffs,

    v.

BEST WESTERN INTERNATIONAL, INC.,

    Defendant.

                                            /

Case No. C07-02351 HRL

**INTERIM ORDER RE: MOTIONS FOR PROTECTIVE ORDERS**

After reviewing the papers submitted by the parties, the court remains unclear about the status of the discovery proceedings.[1] Accordingly, both parties shall file a document which responds to the following **by 12:00 p.m. on Monday, September 10, 2007.**

- What depositions have been taken as of September 10, 2007?
- What depositions, necessary for the preliminary injunction hearing, remain to be taken?
  - Have they been noticed?
    - If so, then:
      - which depositions? at what location? on what date?
      - Have objections been raised to these noticed depositions? If so, describe those objections briefly.

//

---

[1] This is particularly true, given the recent postponement of the preliminary injunction hearing set before Judge Fogel.

If there remain depositions to be taken prior to the injunction hearing which have yet to be noticed, list them.  Then, present a proposal for taking these depositions.  Include in the proposal **all** available proposed dates, times and locations, as well as any other relevant information.

The parties may file this document separately, but are strongly encouraged to do so jointly.

**IT IS SO ORDERED.**

Dated:  9/5/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Antony E. Buchignani antony.buchignani@dlapiper.com, laverne.patane@dlapiper.com

John C. Gorman jgorman@gormanmiller.com

Jeffrey Mark Hamerling jeffrey.hamerling@dlapiper.com

Allison L. Harvey allison.harvey@dlapiper.com

Rachel Elizabeth King Lowe rachel.lowe@dlapiper.com

Cynthia A. Ricketts cindy.ricketts@dlapiper.com, kathy.sieckman@dlapiper.com

Charles Joseph Stiegler cstiegler@gormanmiller.com

**Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 9/5/07

/s/  KRO

Chambers of Magistrate Judge Howard R. Lloyd

3