Antony Buchignani (Bar No. 186528)
antony.buchignani@dlapiper.com
DLA PIPER US LLP
1999 Avenue of the Stars, Fourth Floor
Los Angeles, California 90067-6022
Tel: 310.595.3000
Fax: 310.595.3300

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
DLA PIPER US LLP
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 480.606.5100
Fax: 480.606.5101

Jeffery M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
Best Western International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adiba Mahroom, an individual; Majid Mahroom, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 100, inclusive;<br><br>Defendants. | Case No. C07-2351-JF<br><br>**JOINT STIPULATION TO CONTINUE THE DATE FOR THE PARTIES TO DESIGNATE AN EXPERT WITNESS TO INSPECT THE MAHROOMS' MOTEL; PROPOSED ORDER THEREON**<br><br>Hearing Date: November 6, 2007<br>Hearing Time: 9:00 a.m.<br>Hearing Place: Courtroom 3, 5th Floor |

COME NOW the plaintiffs Adiba and Majid Mahroom (the "Mahrooms") and defendant Best Western International, Inc. ("BWI") to request this Court

provide the parties an additional ten (10) days to identify and designate an expert witness qualified to inspect the Mahrooms' Motel. The parties make this request because a majority of BWI's employees are in Montreal, Canada for BWI's Annual Convention (Oct. 15-19, 2007) and thus are unavailable to discuss and recommend a possible expert witness to inspect the Mahrooms' Motel. The Mahrooms also request additional time to discuss and recommend a possible expert witness to inspect their Motel as the Court indicated at the October 12, 2007 hearing. For these reasons, the parties request this Court continue the October 19, 2007 deadline for designating an expert witness on this matter and instead set the new deadline for October 31, 2007.

Dated: October 17, 2007.        DLA Piper US LLP

By    s/Cynthia A. Ricketts
Antony Buchignani (Bar No. 186528)
antony.buchignani@dlapiper.com
DLA PIPER US LLP
1999 Avenue of the Stars, Fourth Floor
Los Angeles, California  90067-6022
Tel: 310.595.3000
Fax: 310.595.3300

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
DLA PIPER US LLP
2415 E. Camelback Road
Suite 700
Phoenix, Arizona  85016
Tel:  480.606.5100
Fax:  480.606.5101

DLA PIPER US LLP
LOS ANGELES

-2-

SD\1763016.1

Jeffery M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA Piper US LLP
153 Townsend Street
Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
Best Western International, Inc.

And

By s/Cynthia A. Ricketts for John C. Gorman
John C. Gorman (Bar No. 91515)
Charles J. Stiegler (Bar No. 245973)
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, CA 95112
Tel: 408.297.2222
Fax: 408.297.2224

Attorneys for Plaintiffs
Adiba and Majid Mahroom

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline for the parties to designate an expert witness to inspect the Mahrooms' Motel be set for October 31, 2007.

DATED: __10/19/07_____       _____
                                United States District Court Judge Fogel