Antony Buchignani (Bar No. 186528)
antony.buchignani@dlapiper.com
DLA PIPER US LLP
1999 Avenue of the Stars, Fourth Floor
Los Angeles, California 90067
Tel: 310.595.3000
Fax: 310.595.3300

Jeffery M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, California 94107
Tel: 415.836.2500
Fax: 415.836.2501

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
Allison L. Harvey (*pro hac vice*)
allison.harvey@dlapiper.com
DLA PIPER US LLP
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 480.606.5100
Fax: 480.606.5101

Attorneys for Defendant
Best Western International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adiba Mahroom, an individual; Majid Mahroom, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 100, inclusive;<br><br>Defendants. | Case No. C07-2351-JF<br><br>*[Assigned to Honorable Jeremy Fogel]*<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Hearing Date: November 16, 2007<br>Hearing Time: 10:30 a.m.<br>Hearing Location: Courtroom 2, 5th Fl. |

Upon Best Western International, Inc.'s ("BWI") request for its counsel Ms. Cynthia A. Ricketts to appear telephonically at the November 16, 2007 Continued

Case Management Conference, and for good cause appearing therefore, the Court having considered the papers submitted,

    IT IS HEREBY ORDERED that BWI's request is granted and Ms. Ricketts may appear telephonically for the November 16, 2007 Continued Case Management Conference.

Dated: __11/15/07_____        _____
                                              Honorable Jeremy Fogel