**E-Filed 1/30/08**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ADIBA MAHROOM, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>BEST WESTERN INTERNATIONAL, INC.,<br><br>　　　　　　Defendant. | Case Number C 07-2351 JF (HRL)<br><br>ORDER REFERRING CASE FOR RELATED CASE DETERMINATION |

Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the judge presiding in *Patel v. Best Western International, Inc.*, No. C 07-02319 for a determination as to whether this action is related thereto within the meaning of Rule 3-12.

IT IS SO ORDERED.

DATED: January 30, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　United States District Judge

Copies of Order served on:

Antony E. Buchignani     antony.buchignani@dlapiper.com, laverne.patane@dlapiper.com

John C. Gorman     jgorman@gormanmiller.com

Charles Joseph Stiegler     cstiegler@gormanmiller.com