IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Manuben Patel,<br>d.b.a. Best Western Torch-Lite Inn, | NO. C 07-02319 JW<br>NO. C 07-02351 JF |
| Plaintiff,<br>v. | **ORDER RE: REFERRAL FOR<br>RELATED CASE DETERMINATION** |
| Best Western International, Inc., | |
| Defendant. | |

Before the Court is Judge Jeremy Fogel's Order Referring Case for Related Case Determination. The issue is whether the above entitled matter is related to <u>Adiba Mahroom, et al. v. Best Western International, Inc.</u> <u>See.</u> Civ. L.R. 3-12(c).

Under Civ. L.R. 3-12(a), cases are related if: 1) they "concern substantially the same parties, property, transaction, or events" and 2) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

As pleaded, both cases involve the same Defendant and both allege a breach of contract with each Plaintiff's Membership Application and Agreement with Defendant. The basic allegations are that Defendant unlawfully terminated each Plaintiff's franchise agreement for purported non-compliance with Defendant's standards. Although the causes of action are similar, each case involves different properties, different transactions, and different events giving rise to the alleged breach of contract. Since each case will require consideration of facts specific to the individual

Plaintiff and hotel, it does not appear likely that there will be an unduly burdensome duplication of labor and expense if the matters are considered by different Judges.

Accordingly, the Court finds that the cases are not related within the meaning of Civil L.R. 3-12(a).

Dated: February 14, 2008

JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allison L. Harvey allison.harvey@dlapiper.com
Antony E. Buchignani antony.buchignani@dlapiper.com
Charles Joseph Stiegler cstiegler@gormanmiller.com
Cynthia A. Ricketts cindy.ricketts@dlapiper.com
Mitchell Kassoff franchiselawyer@verizon.net
Rachel Elizabeth King Lowe rachel.lowe@dlapiper.com
Reid Paul Schantz rps.esq@sasquatch.com

Dated:  February 14, 2008                    Richard W. Wieking, Clerk

                                             By:   /s/ JW Chambers
                                                   Elizabeth Garcia
                                                   Courtroom Deputy