**E-filed 3/17/08**

Jeffrey M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street
Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
Allison L. Harvey (*pro hac vice*)
allison.harvey@dlapiper.com
DLA PIPER US LLP
2415 East Camelback Road
Suite 700
Phoenix, Arizona 85016
Tel: 480.606.5100
Fax: 480-606-5101

Attorneys for Defendant
Best Western International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| Adiba Mahroom, an individual; Majid Mahroom, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 100, inclusive;<br><br>Defendants. | Case No. C07-2351-JF<br><br>*[Assigned to Honorable Jeremy Fogel]*<br><br>**STIPULATION AND PROPOSED ORDER RE EVIDENTIARY HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: March 28, 2008<br>Hearing Time: 10:30 a.m. |

1  Plaintiff Adiba and Majid Mahroom ("Mahroom") and defendant Best Western International, Inc. ("BWI") hereby jointly stipulate by and between their attorneys of record:

4  1.  Defendant BWI is withdrawing its motion for preliminary injunction without prejudice based on the parties' agreement to jointly seek an early trial date.

6  2.  The parties agree that the report of Gary Fletcher shall be withdrawn, and shall not be considered by the court or trier of fact, unless it is offered as an expert report as a retained expert by a party, who timely designates Fletcher as its own expert witness.

10  3.  The parties shall appear at a Case Management Conference on Friday, March 28, 2008, at 10:30 a.m. and submit a joint case management statement by Friday, March 21, 2008.

13  Dated: March 14, 2008.

14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //

28  SANF1\389643.1                                    -2-

| | |
|---|---|
| 1 | DLA Piper US LLP |
| 2 | By_____/s/_____ |
| 3 | Jeffrey M. Hamerling (Bar. No. 91532) |
|   | jeffrey.hamerling@dlapiper.com |
| 4 | DLA PIPER US LLP |
| 5 | 153 Townsend Street |
|   | Suite 800 |
| 6 | San Francisco, CA 94107-1957 |
| 7 | Tel: 415.836.2500 |
|   | Fax: 415.836.2501 |
| 8 | |
| 9 | Cynthia A. Ricketts (*pro hac vice*) |
|   | cindy.ricketts@dlapiper.com |
| 10 | Allison L. Harvey (*pro hac vice*) |
| 11 | allison.harvey@dlapiper.com |
|    | DLA PIPER US LLP |
| 12 | 2415 East Camelback Road |
| 13 | Suite 700 |
|    | Phoenix, Arizona 85016 |
| 14 | Tel: 480.606.5100 |
| 15 | Fax: 480-606-5101 |
| 16 | |
|    | Attorneys for Defendant |
| 17 | Best Western International, Inc. |
| 18 | And |
| 19 | Gorman & Miller, P.C. |
| 20 | By_____/s/_____ |
| 21 | John C. Gorman (Bar No. 91515) |
|    | Charles J. Stiegler (Bar No. 245973) |
| 22 | GORMAN & MILLER, P.C. |
| 23 | 210 North First Street, Suite 200 |
|    | San Jose, CA 95112 |
| 24 | Tel: 408.297.2222 |
| 25 | Fax: 408.297.2224 |
| 26 | |
|    | Attorneys for Plaintiffs |
| 27 | Adiba and Majid Mahroom |
| 28 | SANF1\389643.1              -3- |

1  IT IS SO ORDERED.

2  _____

3  DATED: 3/17/08

4                                    United States District Court Judge Fogel
                                     Jeremy Fogel

SANFI\389643.1                                -4-

STIPULATION AND PROPOSED ORDER RE EVIDENTIARY HEARING AND CASE MANAGEMENT CONFERENCE – CASE NUMBER C07-2351-JF

DLA PIPER US LLP
SAN FRANCISCO