IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adiba Mahroom, an individual; Majid Mahroom, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 100, inclusive;<br><br>Defendants. | Case No. C07-2351-JF<br><br>*[Assigned to Honorable Jeremy Fogel]*<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Hearing Date: October 3, 2008<br>Hearing Time: 10:30 a.m.<br>Hearing Location: Courtroom 3 |

Upon Best Western International, Inc.'s ("BWI") request for its counsel Ms. Cynthia A. Ricketts to appear telephonically at the October 3, 2008 Case Management Conference, and for good cause appearing therefore, the Court having considered the papers submitted,

IT IS HEREBY ORDERED that BWI's request is granted and Ms. Ricketts may appear telephonically for the October 3, 2008 Case Management Conference.

Dated: 9/26/08

DLA Piper US LLP

ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY – C07-2351-JF