\*\*E-Filed 10/31/08\*\*

Jeffrey M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER LLP (US)
153 Townsend Street
Suite 800
San Francisco, California 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
Allison L. Harvey (*pro hac vice*)
allison.harvey@dlapiper.com
DLA PIPER LLP (US)
2415 East Camelback Road
Suite 700
Phoenix, Arizona  85016
Tel:  480.606.5100
Fax:  480.606.5101

Attorneys for Defendant/Counterclaimant
Best Western International, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| Adiba Mahroom, an individual; Majid Mahroom, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>Best Western International, Inc., an Arizona non-profit corporation; and Does 1 through 100, inclusive;<br><br>    Defendants. | Case No. C07-2351-JF<br><br>*[Assigned to Honorable Jeremy Fogel]*<br><br>**STIPULATION TO EXTEND THE EXPERT DISCOVERY DEADLINE; ~~PROPOSED~~ ORDER THEREON** |

DLA PIPER US LLP
SAN FRANCISCO

Case No. C07-2351-JF
STIPULATION TO EXTEND EXPERT DISCOVERY

Plaintiff/Counterdefendants Adiba Mahroom and Majid Mahroom (the "Mahrooms") and Defendant/Counterclaimant Best Western International, Inc. ("BWI") hereby stipulate and agree to extend the expert discovery deadline in this matter. The expert discovery deadline is currently set for this Friday, October 31, 2008. Although the parties were unable to schedule their experts' depositions prior to this Friday, October 31, 2008, because of calendar conflicts among the parties' counsel and the parties' experts, the parties have agreed upon the following deposition schedule:

1. One of BWI's experts, Jonathan Nehmer, is scheduled for Thursday, November 6, 2008.

2. One of the Mahrooms' experts, Moe Ammar, is scheduled for Tuesday, November 11, 2008.

3. The Mahrooms' other expert, Scott Hampton, is scheduled for Monday, November 17, 2008.

4. The deposition of BWI's other expert, Ron Pohl, is also scheduled for Monday, November 17, 2008, to commence upon the conclusion of Mr. Hampton's deposition.

Accordingly, and for good cause, the parties request the expert discovery deadline be set for Friday, November 21, 2008. The parties do not believe this extension will affect any other dates set forth in the October 3, 2008 Scheduling Order [Docket No. 153].

DATED this 30th day of October, 2008.

By   s/Allison L. Harvey
Jeffery M. Hamerling (Bar. No. 91532)
jeffrey.hamerling@dlapiper.com
DLA Piper US LLP
153 Townsend Street
Suite 800
San Francisco, California 94107

DLA Piper US LLP
San Francisco

|   |   |
|---|---|
| 1 | Tel: 415.836.2500 |
| 2 | Fax: 415.836.2501 |

Cynthia A. Ricketts (*pro hac vice*)
cindy.ricketts@dlapiper.com
Allison L. Harvey (*pro hac vice*)
allison.harvey@dlapiper.com
DLA PIPER US LLP
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Tel: 480.606.5100
Fax: 480.606.5101

Attorneys for Defendant
Best Western International, Inc.

AND

By s/Allison L. Harvey on behalf of John C. Gorman
John C. Gorman (Bar No. 91515)
Charles J. Stiegler (Bar No. 245973)
GORMAN & MILLER, P.C.
210 North Fourth Street, Suite 200
San Jose, California 95112
Tel: 408.297.2222
Fax: 408. 297.2224

Attorneys for Plaintiffs
Adiba and Adiba and Majid Mahroom

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that all deadlines for this matter be granted as set forth above.

DATED: 10/31/08

_____
United States District Court Judge