John C. Gorman, #91515
Charles J. Stiegler, #245973
GORMAN & MILLER, P.C.
210 North Fourth Street
Suite 200
San Jose, CA 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for
Plaintiffs/Counterdefendants
Adiba Mahroom and Majid Mahroom

Jeffrey M. Hamerling, #91532
DLA PIPER US LLP
153 Townsend Street
Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Cynthia A. Ricketts (pro hac vice)
Allison L. Kierman (pro hac vice)
DLA PIPER US, LLP
2415 East Camelback Road
Suite 700
Phoenix, Arizona  85016
Tel:  480.606.5100
Fax:  480-606-5101

Attorneys for Defendant/
Counterclaimant Best Western
International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIBA MAHROOM, an individual; MAJID MAHROOM, an individual;<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BEST WESTERN INTERNATIONAL, INC., an Arizona corporation; and DOES 1 through 100, inclusive;<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 07-02351 JF (HRL)<br><br>STIPULATION FOR REFERRAL TO MAGISTRATE BERNARD ZIMMERMAN FOR POST-TRIAL SETTLEMENT CONFERENCE; [PROPOSED] ORDER THEREON<br><br>Hon. Jeremy Fogel<br><br>Trial Date:  April 27, 2009 |

　　　WHEREAS, the court presided over a trial in this matter and has issued a memorandum of intended decision;

1 | WHEREAS, the court is presently considering post-trial
2 | submissions and has not yet made a final ruling or entered judgment
3 | in this matter;

4 | WHEREAS, another matter involving substantially the same
5 | parties styled <u>Mahroom Family Partnership, LP v. Best Western
6 | International, Inc</u>., Case No. C08 00136 JF (HRL), is also pending
7 | before the court;

8 | WHEREAS, the parties are willing to engage in further attempts
9 | to try to reach a settlement of all of their disputes before
10 | Magistrate Judge Bernard Zimmerman if a convenient settlement
11 | conference date can be arranged sometime during the period between
12 | October 30, 2009 through November 19, 2009; and

13 | WHEREAS, the parties are engaged in filing post-trial
14 | submissions but would ask that the court postpone making any
15 | substantive rulings in the case until at least December 1, 2009;

17 | IT IS STIPULATED, by and between plaintiffs/counterdefendants
18 | Adiba and Majid Mahroom and defendant/counterclaimant Best Western
19 | International, Inc. ("BWI"), as follows:

21 | 1.   The parties are referred to Magistrate Judge Zimmerman for
22 | a settlement conference and shall endeavor to schedule such a
23 | settlement conference consistent with Magistrate Judge Zimmerman's
24 | and the respective schedules of the parties and their counsel.  This
25 | settlement conference shall attempt to resolve the parties' disputes
26 | as they relate to both this action and to the case styled <u>Mahroom
27 | Family Partnership, LP v. Best Western International, Inc</u>., Case No.
28 | C08 00136 JF (HRL);

2.  If the two cases have not been settled in full and appropriate dismissals filed, then the parties shall appear before this court for a post-trial Case Management Conference on November 20, 2009 at 10:30 a.m. to report on the status of their settlement efforts and how to proceed with the remaining issues.

3.  The court will defer making further substantive rulings in this case through at least December 1, 2009 so that the parties may explore possible settlement.

> GORMAN & MILLER, P.C.
>
> By: /s/
> John C. Gorman
> Attorneys for Plaintiffs/
> Counterdefendants Adiba and
> Majid Mahroom
>
> DLA PIPER US, LLP
>
> By: /s/
> Jeffrey M. Hamerling
> Attorneys for
> Defendant/Counterclaimant
> Best Western International, Inc.

ORDER

IT IS SO ORDERED.

DATED: 10/7 , 2009

HON. JEREMY FOGEL
United States District Court