John C. Gorman, #91515
GORMAN & MILLER, P.C.
210 North Fourth Street
Suite 200
San Jose, CA 95112
(408) 297-2222 (phone)
(408) 297-2224 (fax)

Attorneys for
Plaintiffs/Counterdefendants
Adiba Mahroom and Majid Mahroom

Jeffrey M. Hamerling, #91532
ARCHER NORRIS
2033 North Main Street
Suite 800
Walnut Creek, CA 94596
(925) 930-6600 (phone)
(925) 930-6620 (fax)

Cynthia A. Ricketts (pro hac vice)
Allison L. Kierman (pro hac vice)
DLA PIPER US, LLP
2415 East Camelback Road
Suite 700
Phoenix, Arizona  85016
Tel:  480.606.5100
Fax:  480-606-5101

Attorneys for Defendant/
Counterclaimant Best Western
International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIBA MAHROOM, an individual; MAJID MAHROOM, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>BEST WESTERN INTERNATIONAL, INC., an Arizona corporation; and DOES 1 through 100, inclusive;<br><br>Defendants.<br>AND RELATED COUNTERCLAIMS. | Case No. CV 07-02351 JF (HRL)<br><br>STIPULATION FOR CONTINUANCE OF POST-TRIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON<br><br>Hon. Jeremy Fogel<br><br>Trial Date:  April 27, 2009 |

    WHEREAS, the court presided over a trial in this matter and has issued a memorandum of intended decision;

    WHEREAS, the court is presently considering post-trial submissions and has not yet made a final ruling or entered judgment

1

in this matter;

WHEREAS, another matter involving substantially the same parties styled <u>Mahroom Family Partnership, LP v. Best Western International, Inc</u>., Case No. C08 00136 JF (HRL), is also pending before the court;

WHEREAS, the parties are scheduled to attend a settlement conference before Magistrate Judge Bernard Zimmerman on November 20, 2009;

WHEREAS, a post-trial Case Management Conference is also set in this case on the same date;

IT IS STIPULATED, by and between plaintiffs/counterdefendants Adiba and Majid Mahroom and defendant/counterclaimant Best Western International, Inc. ("BWI"), as follows:

1. The post-trial Case Management Conference currently set on November 20, 2009 at 10:30 a.m. should be continued until January 8, 2010, at which time the parties shall report on the status of their settlement efforts and discuss with the court how to proceed with resolution of any remaining issues.

3. The court will defer making further substantive rulings in this case through at least January 8, 2010.

```
                                    GORMAN & MILLER, P.C.


                                    By:      /s/
                                        John C. Gorman
                                        Attorneys for Plaintiffs/
                                        Counterdefendants Adiba and
                                        Majid Mahroom
```

2

Stipulation for Continuance of Post-Trial CMC, Case No. C 07 02351 JF (HRL)

```
                              ARCHER NORRIS


                              By:      /s/
                                 Jeffrey M. Hamerling
                                 Attorneys for
                                 Defendant/Counterclaimant
                                 Best Western International, Inc.



                              ORDER

     IT IS SO ORDERED.


DATED:   11/19            , 2009


                              _____
                              HON. JEREMY FOGEL
                              United States District Judge
```