Jonathan Solish (SBN 67609)
Glenn J. Plattner (SBN 137454)
Kristy A. Murphy (SBN 252234)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
E-Mail:      jonathan.solish@bryancave.com
             glenn.plattner@bryancave.com
             kristy.murphy@bryancave.com

Attorneys for Plaintiffs/Counterdefendants
ADIBA MAHROOM and
MAJID MAHROOM

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIBA MAHROOM, an individual; MAJID MAHROOM, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BEST WESTERN INTERNATIONAL, INC., an Arizona corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV 07-02351 JF (HRL)<br><br>[Hon. Jeremy Fogel]<br><br>**SUBSTITUTION OF ATTORNEY** |

1  Notice is hereby given that, subject to the approval by the Court, Plaintiffs ADIBA
2  MAHROOM and MAJID MAHROOM, hereby substitute the law firm of Bryan Cave LLP as
3  counsel of record in place of Miller & Gorman, P.C.

I consent to the above substitution:

Date: July 19, 2010

By: /s/ Adiba Mahroom
Adiba Mahroom

Date: July 10, 2010

By: /s/ Majid Mahroom
Majid Mahroom

I consent to being substituted.

Date: ~~July~~ ___, 2010                    ~~MILLER~~ & GORMAN, P.C.
Sept-17                                      *Miller*

By: /s/ John C. Gorman
John C. Gorman

I consent to the above substitution.

Date: July 20, 2010                          BRYAN CAVE LLP

By: /s/ Jonathan Solish
Jonathan Solish
Attorneys for Plaintiffs
ADIBA MAHROOM and MAJID MAHROOM

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/1/10

/s/
United States District Judge

0203315/795031

1

SUBSTITUTION OF ATTORNEY
CASE NO. CV 07-02351 JF (HRL)

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401.

On September 28, 2010, I served the following document, described as**: SUBSTITUTION OF ATTORNEY,** on the interested parties in this action, as follows:

| | |
|---|---|
| Cynthia A. Rickets, Esq.<br>Alison L. Kierman, Esq.<br>DLA Piper LLP<br>2525 East Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>Tel:  (480) 606-5100<br>Fax: (480) 606-5101<br>E-Mail: cindy.ricketts@dlapiper.com<br>         allison.kierman@dlapiper.com | *Attorneys for Defendant*<br>Best Western International, Inc. |
| Jeffrey M. Hamerling, Esq.<br>Archer Norris<br>2033 N. Main Street, Suite 800<br>Walnut Creek, CA 94596<br>Tel:  (925) 930-6600<br>Fax: (925) 930-6620<br>E-Mail: jhamerling@archernorris.com | *Attorneys for Defendant*<br>Best Western International, Inc. |

☐ **(BY U.S. MAIL)** I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ **(BY CM/ECF)** The document was served via The United States District Court –Northern District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

Executed on September 28, 2010, at Santa Monica, California.

☒ (**FEDERAL ONLY**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

/s/ Dora Barnett
Dora Barnett

0312644/804321